■ RUMICHE CORP. v CHARLES EISENREICH.—Motion for leave to appeal to the Court of Appeals granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. The stay of eviction, dated January 27, 1976, affixed to the notice of motion, is extended 10 days after the date of entry of the order entered herein in order to permit appellant to apply to the Court of Appeals

for a further stay. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Nunez, JJ.